**ORDERED.**

**Dated: September 15, 2026**

Jacob A. Brown
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

IN RE:

JONATHAN LYMAN RIDDLE and
HEIDI RIDDLE,

Debtors.

CASE NO.: 3:26-bk-02972-JAB
Chapter 7

**AGREED ORDER GRANTING TRUSTEE'S MOTION FOR TURNOVER OF PROPERTY**

THIS CASE came before the Court on the Trustee's Motion for Turnover of Property (Doc. No. 12). Upon the consents of the debtors and trustee, it is

**ORDERED:**

1. The Trustee's Motion is GRANTED.

2. In lieu of turnover, the debtors agree to purchase the estate's interest in the non-exempt property referenced in the Trustee's Motion for Turnover for the sum of $5,000.00 payable at the rate of $250.00 per month, commencing October 1, 2026, and continuing on the 1st day of each month thereafter until paid in full. Payments shall be made to "Aaron R. Cohen, Trustee", at Post Office Box 4218, Jacksonville, Florida 32201.

3. The Debtors shall timely file their 2026 Federal Income Tax Return with the IRS and furnish the Trustee with a complete, exact copy of the return within seven (7) days of filing it.

4. The Estate is entitled to 182/365ths of the Debtors' 2026 tax refund. The Debtor shall turn over the Estate's portion of the tax refund to the Trustee within seven (7) days of receipt of the refund.

The trustee and debtor consent to the entry of the foregoing Order.

/s/ Aaron R. Cohen
________________________________
AARON R. COHEN
Post Office Box 4218
Jacksonville, FL 32201
904-389-7277
Florida Bar No.: 0558230
aaron@arcohenlaw.com
Chapter 7 Trustee

/s/ Gregory S. Gilbert
________________________________
GREGORY S GILBERT
8777 San Jose Bouelvard, Suite 301
Jacksonville, FL 32217
(904) 733-7766
Florida Bar No.: 85916
ggilbert@jaxlawcenter.com
Attorney for Debtor

*Filer's Attestation: Pursuant to Local Rule 1001-2(g)(3) regarding signatures, Aaron R. Cohen, attests that concurrence in the filing of this paper has been obtained.*

Trustee Aaron R. Cohen is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.